IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

    Petitioner,            No. CIV S-00-0109 WBS JFM P

    vs.

GEORGE M. GALAZA, Warden,

    Respondent.           ORDER

                            /

           On July 7, 2005, petitioner filed a document entitled, among other things, motion for reconsideration. On July 15, 2005, the magistrate judge filed findings and a recommendation that the relief sought be denied. The findings and recommendation were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed a document which the court construes as objections to the findings and recommendation.

           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has reviewed the July 7th document and finds the findings and recommendation of the magistrate judge to be supported by the record and by proper analysis.

///

///

///

1

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations filed July 15, 2005, are adopted in full; and

      2.  Petitioner's July 7, 2005 motion is denied.

DATED:  September 7, 2005

                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE

/dust0109.805