IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

    Petitioner,                       No. 2:00-cv-0109 WBS JFM (HC)

    vs.

GEORGE M. GALAZA, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was dismissed on June 13, 2000. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.[1]

DATED: September 19, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp/001; dust0109.158

---

[1] It appears petitioner may be attempting to reopen the instant action. However, the instant petition was dismissed as time-barred because petitioner failed to file any state court actions between July 28, 1996 and July 27, 1997, when the statute of limitations period expired. (April 20, 2000 Findings and Recommendations at 3; June 13, 2000 Order.) Nothing in petitioner's August 25, 2008 filing references state court filings within the 1996-97 time frame. Moreover, petitioner has not met the one year time limit for seeking relief pursuant to Fed. R. Civ. P. 60(b)(1).